granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

EMMA HELLER v. PHILIP HELLER.— Motion granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before September 29, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

RUTH LEE, an Infant, etc., v. HAY FOUNDRY AND IRON WORKS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of the PEOPLE OF THE STATE OF NEW YORK on Complaint of SOPHIE B. KRIEGEL v. SAM KRIEGEL.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD L. C. ROBINS v. CHARLES BRADY, as Superintendent, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

BEVERLY D. HARRIS v. ELEANOR E. L. HARRIS.— Motion to dismiss appeal granted unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before September 29, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

SOLOMON GREENWALD v. THE STATE BANK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

LAPPERT TRADING CO., INC., v. BARTLEY MANUFACTURING CO., INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

DAVID GOLDSTEIN v. HARRY C. CORNWALL and Others.— Application granted. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

L. J. J. REALTY CO., INC., v. ISAAC M. ARON and Others, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

TAUBE OSTROVER v. GREAT NORTHERN APARTMENT CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

GORDON S. P. KLEEBERG v. RADCLIFFE F. BROOKS and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

OSCAR MILLER and Others v. SAMUEL WIRFEL.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JEROME H. OPPENHEIMER v. AARON C. HORN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JEROME H. OPPENHEIMER v. AARON C. HORN.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

LOUIS H. SILVERMAN v. HARRIS TOMASHOFF and Others, Impleaded, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.